IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHAD M. HULTMAN,<br><br>Plaintiff<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC. and MESSERLI & KRAMER P.A.,<br><br>Defendants. | Case No. 8:15-cv-00351-JFB-TDT<br><br>**ORDER** |

This matter is before the court on the Plaintiff's and Defendant Messerli & Kramer P.A.'s Stipulation of Dismissal With Prejudice (Filing No. 18). The court finds that the parties' agreement to dismiss the claims against Defendant Messerli & Kramer P.A. should be granted.

**IT IS ORDERED** that the Stipulation of Dismissal With Prejudice (Filing No. 18) is granted and the claims against Defendant Messerli & Kramer P.A. are dismissed with prejudice, each party to bear its own costs.

Dated: December 21, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge