IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHAD M. HULTMAN,<br><br>               Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>               Defendant. | 8:15CV351<br><br>ORDER |

This matter is before the court on the Plaintiff's and Defendant Midland Credit Management, Inc.'s, Stipulation of Dismissal With Prejudice (Filing No. 27). The court finds that the parties' agreement to dismiss the claims against Defendant Midland Credit Management, Inc., should be granted.

**IT IS ORDERED** that the Stipulation of Dismissal With Prejudice (Filing No. 27) is granted and the claims against Defendant Midland Credit Management, Inc. are dismissed with prejudice, each party to bear its own costs.

Dated this 8th day of March, 2016

                                            BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            Senior United States District Judge